**Larry Lamont BUSH, Plaintiff— Appellant,**

v.

**John H. PRICE, Warden; William Britton, Case Manager; Mary Chaplin– Cole, Case Manager; M. Stouffer, Warden; K. Hoffman, Case Manager, Defendants—Appellees.**

No. 05–6154.

United States Court of Appeals, Fourth Circuit.

Submitted: June 24, 2005.

Decided: Aug. 19, 2005.

Larry Lamont Bush, Appellant Pro Se. Stephanie Judith Lane Weber, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Larry Lamont Bush appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Bush v. Price,* No. CA–03–2264–AMD (D.

Md. filed Jan. 13; entered Jan. 14, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*